Violations of Minimum Wages Act. Arecibo. February 3, 1920. *Affirmed.*

---

No. 1471. PEOPLE, APPELLANT, *v.* RÍOS, APPELLEE.—Violation of section 4 of Act No. 69 of 1917. San Juan. February 5, 1920. *Withdrawn.*

---

No. 2106. LÓPEZ, APPELLANT, *v.* LIZARDI, APPELLEE.—Memorandum of costs. Humacao. February 6, 1920. *Affirmed.*

---

No. 273. MARTÍNEZ, PETITIONER, *v.* CROSAS, DISTRICT JUDGE, RESPONDENT. — Certiorari. Aguadilla. February 6, 1920. *Denied.*

---

No. 1462. PEOPLE, APPELLEE, *v.* ACOSTA, APPELLANT.— Public health. Mayagüez. February 6, 1920. *Affirmed.*

---

No. 2164. CARBIA ET AL., APPELLEES, *v.* FUSTER, APPELLANT.—Unlawful detainer. San Juan. February 6, 1920. *Dismissed.*

---

Nos. 2034, 2035, 2036. PEOPLE, APPELLEE, *v.* FANTAUZZI ET AL., APPELLANTS.—Decisions of the Irrigation Commission. San Juan. February 10, 1920. *Withdrawn.*

---

No. 1469. PEOPLE, APPELLEE, *v.* SANDOVAL, APPELLANT.— Violation of Mininmum Wages Act. Arecibo. February 10, 1920. *Affirmed.*

---

No. 2175. MERCADO & SONS, APPELLANTS *v.* MARTÍNEZ & DOMÍNGUEZ ET AL., APPELLEES.—Debt. Mayagüez. February 19, 1920. *Withdrawn.*